UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
450 MARGARET STREET PROPERTIES, LLC        :
                                           :
                        Plaintiff,         :     **STIPULATION OF DISMISSAL**
                                           :
        -against-                          :
                                           :     Civil Action No. 8:12-CV-1275
PREFERRED MUTUAL INSURANCE                 :
COMPANY                                    :
                                           :
                        Defendant.         :
                                           :
-----------------------------------------------------------------  :

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all the parties hereto, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), that this action is hereby dismissed in its entirety with prejudice and without costs to any party.

Dated:  May 21, 2013

| WHITEMAN OSTERMAN & HANNA LLP | ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP |
|---|---|
| By: /s/ Christopher W. Meyer<br>Christopher W. Meyer<br>(Bar Roll No. 513209)<br>*Attorneys for Plaintiff*<br>One Commerce Plaza<br>Albany, New York 12260 | By: _____<br>James P. Lagios (Bar Roll No. 511501)<br>*Local Counsel to Defendant*<br>9 Thurlow Terrace<br>Albany, New York 12203<br><br>NIELSEN CARTER & TREAS<br>Deani B. Milano<br>*National Counsel to Defendant*<br>3838 N. Causeway Boulevard, Suite 2850<br>Metairie, Louisiana  70002 |

    IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated:  May 22, 2013
       Syracuse, NY

{Stipulation of Dismissal 2013-05 (00735923)}