UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| 450 MARGARET STREET PROPERTIES, LLC | : |
| Plaintiff, | : **STIPULATION OF DISMISSAL** |
| -against- | : Civil Action No. 8:12-CV-1275 |
| PREFERRED MUTUAL INSURANCE COMPANY | : |
| Defendant. | : |

-----------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all the parties hereto, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), that this action is hereby dismissed in its entirety with prejudice and without costs to any party.

Dated: May 21, 2013

WHITEMAN OSTERMAN & HANNA LLP

By: /s/ Christopher W. Meyer
    Christopher W. Meyer
    (Bar Roll No. 513209)
    *Attorneys for Plaintiff*
    One Commerce Plaza
    Albany, New York 12260

ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP

By:_____
    James P. Lagios (Bar Roll No. 511501)
    *Local Counsel to Defendant*
    9 Thurlow Terrace
    Albany, New York 12203

NIELSEN CARTER & TREAS
Deani B. Milano
*National Counsel to Defendant*
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: May 22, 2013
      Syracuse, NY